IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD ARMSTRONG, SR.,

      Plaintiff,                     No. 2:12-cv-2037 LKK CKD P

    vs.

R. BARNES, et al.,

      Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. He requests permission to proceed in forma pauperis under 28 U.S.C. § 1915 which authorizes the court to allow a litigant to proceed in forma pauperis if the litigant shows they are unable to pay the filing fee. A review of plaintiff's in forma pauperis application reveals he has approximately $40,000 in his inmate trust account. Therefore, he is able to pay $350 filing fee for this action.

/////

/////

/////

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (Dkt. No. 12) is denied;

2. Plaintiff shall submit to the court the $350 filing fee for this action within 21 days. Failure to submit the filing fee within 21 days will result in a recommendation that this action be dismissed.

Dated: September 26, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1 arms2037.difp