1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   HAROLD ARMSTRONG, SR.,

11            Plaintiff,                    No.  2:12-cv-2037 LKK CKD P

12       vs.

13   R. BARNES, et al.,

14            Defendants.                   <u>ORDER</u>

15   _____/

16            On November 6, 2012, the court dismissed plaintiff's complaint with leave to file

17   an amended complaint.  Plaintiff filed an amended complaint on December 10, 2012.  On

18   January 4, 2012, plaintiff filed a motion seeking leave to supplement his amended complaint.

19   As plaintiff was informed in the court's November 6, 2012 order, Local Rule 220 requires that

20   complaints be complete documents.  To avoid confusion and in the interest of expediency, the

21   court does not permit supplemental pleadings.  Plaintiff will not be permitted to file a

22   supplemental pleading.  However, the court will allow plaintiff to file a complete second

23   amended complaint.

24   /////

25   /////

26   /////

Good cause appearing, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion to file a supplemental pleading (Dkt. No. 22) is denied.

2.  Plaintiff's first amended complaint is dismissed.

3.  Plaintiff is granted 30 days within which to file a second amended complaint.

4.  Plaintiff's failure to file a second amended complaint within 30 days will result in a recommendation that this action be dismissed without prejudice.

Dated: January 24, 2013

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
arms2037.2ac